IN THE UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No: 1:20-cv-00617<br>MDL No. 2570 |

This Documents Relates to Plaintiff(s):
CYNTHIA WATTS

Civil Case No. 1:20-cv-00617

### MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO FILE SECOND AMENDED SHORT FORM COMPLAINT

COMES NOW, Plaintiff Cynthia Watts and files this motion to substitute her surviving daughter, Jessica Cromwell, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support therefore, Plaintiff respectfully shows the court the following:

1. Plaintiff Cynthia Watts filed the present action in the United States District Court of the Southern District of Indiana on February 25, 2020.

2. Plaintiff Cynthia Watts died on or about January 31, 2021

3. On August 21, 2024, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a). See Doc. No. 25929. Plaintiff's counsel recently learned of the death of Ms. Watts after contacting her daughter.

4. Jessica Cromwell, surviving daughter of Cynthia Watts, is the proper party plaintiff to substitute for Plaintiff-decedent Cynthia Watts and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), stating, "[i]f a party dies,

and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

5. Plaintiff thus moves to substitute Jessica Cromwell, as the personal representative of the Estate of Cynthia Watts, deceased, as Plaintiff in the present action.

6. Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiffs (specifically Jessica Cromwell, as personal representative of the Estate of Cynthia Watts, deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff Cynthia Watts is now deceased.

7. A proposed First Amended Short Form Complaint is attached hereto as Exhibit A.

8. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave. The Court should freely give leave when justice so requires.

WHEREFORE, counsel for Plaintiff requests this Court for the following relief (1) the Court substitute Jessica Cromwell as the personal representative of the Estate of Cynthia Watts, deceased, as Party Plaintiff for Cynthia Watts; (2) the Court grant leave to file the attached First Amended Short Form Complaint; Case 1:20-cv-00617 and (3) the Court deem the attached First Amended Short Form Complaint filed instanter. A proposed Order is attached hereto as Exhibit B.

Date: August 21, 2024

Johnson Law Group

/s/Basil Adham_____
Basil E. Adham, TX Bar No. 2408172
2925 Richmond Avenue, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Fax: (713) 583-9460
Email: IVC@johnsonlawgroup.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 21, 2024, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

      /s/Basil Adham_____